McDERMOTT & RADZIK, LLP
**Attorneys for Plaintiff**
Edward C. Radzik (ER-2473)
Matthew T. Loesberg (ML-3708)
Crystal G. Petersen (CP-5602)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, New York 10005-1801
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TOKO ELECTRONIC (SARAWAK) SDN, BHD,

                  Plaintiff,

  - against -

TOPOCEAN CONSOLIDATION (LOS ANGELES) INC., TOPOCEAN CONSOLIDATION LTD. and TOPOCEAN CONSOLIDATION SERVICE (SIN) PTE. LTD.,

                  Defendants.

------------------------------------------------------------x

ECF Case

08 Civ.

**COMPLAINT**

RECEIVED JUN 18 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Plaintiff, by its attorneys, McDERMOTT & RADZIK, LLP, as and for its Complaint herein, alleges, upon information and belief, as follows:

      **FIRST**:    All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

      **SECOND**:    At and during all the times hereinafter mentioned, plaintiff had and now has the legal status and principal office and place of business stated in Schedule A, hereto annexed, and by this reference made a part hereof.

**THIRD**: At and during all the times hereinafter mentioned, defendants had and now have the legal status and office and place of business stated in Schedule A, and were and now are engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel above named as common carriers of merchandise by water for hire.

**FOURTH**: At and during all the times hereinafter mentioned, the said vessel was and now is a general ship employed in the common carriage of merchandise by water for hire, and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

**FIFTH**: On or about the date and at the port of shipment stated in Schedule A, there was shipped by the shipper therein named and delivered to defendants and the said vessel, as common carriers, the shipment described in Schedule A then being in good order and condition, and defendants and the said vessel then and there accepted said shipment so shipped and delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipment to the port of destination stated in Schedule A, and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignee named in Schedule A.

**SIXTH**: Thereafter, the said vessel arrived at the port of destination, where it and defendants made delivery of the shipment, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and impaired in value by reason of the matter and things stated in

Schedule A, all in violation of defendants' and the said vessel's obligations and duties as common carriers of merchandise by water for hire.

**SEVENTH**: Plaintiff was the shipper, consignee or owner of the shipment described in Schedule A and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

**EIGHTH**:   By reason of the premises, plaintiff has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $116,330.15.

**WHEREFORE**, plaintiff prays:

1.   That process in due form of law may issue against defendants citing them to appear and answer all and singular the matters aforesaid;

2.   That if defendants cannot be found within this District, then all their property within this District as shall be described in Schedule A, be attached in the amount of $116,330.15, with interest thereon and costs, the sum sued for in this Complaint.

3.   That judgment may be entered in favor of plaintiff against defendants for the amount of plaintiff's damages, together with interest and costs and the disbursements of this action;

4.   That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against said vessel, her engines, etc., and that all persons having or claiming any interest therein be cited to appear and

3

answer under oath, all and singular the matters aforesaid, and that this Court will be pleased to pronounce judgment in favor of plaintiff for its damages as aforesaid, with interest, costs and disbursements, and that the said vessel may be condemned and sold to pay therefor; and

     5.    That this Court will grant to plaintiff such other and further relief as may be just and proper.

Dated:  New York, New York
         June 18, 2008

                            McDERMOTT & RADZIK, LLP
                            Attorneys for Plaintiff

By: _____
                            Matthew T. Loesberg (ML-3708)
                            Edward C. Radzik (ER-2473)
                            Crystal G. Petersen (CP-5602)
                            Wall Street Plaza - 21st Floor
                            88 Pine Street
                            New York, New York 10005-1801
                            (212) 376-6400
                            File No.: 66-08-75 (ECR/MTL/CGP)

## SCHEDULE A

Plaintiff's legal status
and place of business

    Plaintiff, Toko Electronic (Sarawak) SDN BHD, is a corporation or other business entity duly organized and existing under and by virtue of the laws of Malaysia, with an office and place of business at Muara Tabuan Free Industrial Zone, 93350 Kuching, Sarawak, Malaysia.

Defendant's legal status
and place of business

    Defendant, TopOcean Consolidation Service (Los Angeles) Inc., is a corporation or other business entity duly organized and existing under and by virtue of the laws of California, with an office and place of business at 2727 Workman Mill Road, City of Industry, CA 90601.

    Defendant, TopOcean Consolidation Service Ltd., is a corporation or other business entity organized and existing under and by virtue of the laws of California, with an office and place of business at 2727 Workman Mill Road, City of Industry, CA 90601.

    Defendant, TopOcean Consolidation (Sin) Pte. Ltd., is a corporation or other business entity duly organized and existing under and by virtue of the laws of Singapore, with an office and place of business at No. 30 OLD TOH Tuck Road #05-09 Lobby "A", Sembawang Kutrons Logistics Center, Singapore 597654.

| | | |
|---|---|---|
| Name of Vessel | : | WAN HAI 231 V. S094 |
| Port of Loading | : | Hong Kong |
| Port of Discharge | : | Singapore |
| Port of Delivery | : | Kuching, Malaysia |
| Bill of Lading Number | : | HKGSIN 768401 |
| Dated | : | June 14, 2007 |
| Shipment | : | Electronics |
| Shipper | : | Toko Electronic Mfg. Co. Ltd. |
| Consignee | : | Toko Electronic (Sarawak) SDN BHD |
| Nature of Claim | : | Loss/Non-Delivery |
| Amount | : | $116,330.15 |
| Our File | : | 66-08-75 (ECR/MTL/CGP) |