**JUDGE SWAIN**     08 CV 5519

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TOKO ELECTRONIC (SARAWAK) SDN, BHD,

                              Plaintiff,

    - against -

TOPOCEAN CONSOLIDATION (LOS ANGELES)
INC., TOPOCEAN CONSOLIDATION LTD. and
TOPOCEAN CONSOLIDATION SERVICE (SIN)
PTE. LTD.,

                            Defendants.

-------------------------------------------------------------x



**ECF Case**

08 CV 5519 (LTS)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Orion Seafood International, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

      None.

                      McDERMOTT & RADZIK, LLP

            By:     _Matt T. Loesberg_

Dated: New York, New York          Matthew T. Loesberg (ML-8708)
June 18, 2008                Wall Street Plaza
                      88 Pine Street – 21st Floor
                      New York, New York 10005-1801
                      (212) 376-6400
                      Our File: 66-08-75 (ECR/MTL/CGP)